IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

MAR 28 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

**Dillon**
District Judge
(Assigned by Clerk's Office)

**Hoppe**
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __7:23cv00182__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

__Terrence Darrelle Henderson__   __1319615__
Plaintiff Name                         Inmate No.
v.   Richmond, Virginia 23261  # 804-674-3000

__Mr. Herold Clarke Director of Corrections P.O. Box 26963__
Defendant Name & Address   # 804-674-3000

__Rigional Operations Chief P.O. Box 26963 Richmond, Virginia 23261__
Defendant Name & Address

__Rigional Admin. 14545 Old Belfield Road, Capron, VA. 23829__
Defendant Name & Address

__Marion Correctional Treatment Center 110 Wright St. Marion, VA.__
Defendant Name & Address     Dillwyn, VA.

__Philip A. White Warden Dillwyn Correctional Center P.O. Box 670__
Defendant Name & Address   23867

__Greenville Correctional Center 901 Corrections Way Greenville Jarrat, VA.__
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

***

A. <u>Where are you now?</u> Name <u>and</u> Address of Facility:

__Pocahontas State Correctional Center P.O. Box 518__
__Pocahontas, Virginia 24635__

B. Where did this action take place? 26963 VA.
Mr. Herold Clarke Corrections Richmond, Virginia P.O. Box

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: N/A
2. Case Number: N/A

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes    ____ No

1. If your answer is Yes, indicate the result:

Level 1 Response Grievance offenders There is insufficient information to support your allegation Officer Cotton was unprofessional because the staff was not available for questioning. AL

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

(Complaint Statements Relating To Persons: Between January 30, 2023) and March 1, 2023 (25 of Those entered into cor's) 4 OF Those entered into cor's (Prea Allegations, Staff Misconduct Allegations, Challenging/Responding To Staff.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

(Mr. Herold Clarke, and Commonwealth OF Virginia Department of Corrections.)(Against multiple Facilities of the Department of Corrections, (Commonwealth OF Virginia Department OF Corrections Dillwyn.)

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

*Supreme court Law Conviction against Vindictiveness against defendants Euphemistically inquisition Compelling alone Federal Governments Dispositive Motion The Procedure Attorney/Client Privilege*

G. If this case goes to trial, do you request a trial by jury?  Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: *March 23, 2023*   SIGNATURE: *Terrence Darrelle Henderson*

VERIFICATION:
I, *Terrence Darrelle Henderson*, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: *March 23, 2023*   SIGNATURE: *Terrence Darrelle Henderson*

Terrence Darrelle Henderson #1319615
Pocahontas State Correctional Center
P.O. Box 518
Pocahontas, Virginia 24635

VADOC has neither censored
nor inspected this item and
assumes no responsibility
for its content

Legal Mail



Clerk, United States District Court
210 Franklin Road SW, Suite 540
Roanoke VA. 24011-2208

Federal

RECEIVED
MAR 28 2023
USDC Clerk's Office
Mail Room

Mail

RECEIVED
MAR 24 2023
PSCC Mailroom
Outgoing Legal Mail