Civil Right Act, 42 U.S.C. 1983 ___ Bivens v. Six Unknown
Named Agents Of Fed. Bureau Of Narcotics. 403 U.S.C.
s. 388 (1971)                    In The United States District
                                  Court

Plaintiff name Terrence Darrelle Henderson Civil Action No.
The Secretary Of The Commonwealth.              Assigned to
Post Office Box 2454                            Clerks Office
Richmond, Virginia 23218-2454

       notice
I ~~~~~~ a discovery on my postage letter.
OM 4 L (from the Secretary of the Commonwealth.)
Jul 2021 (Greensbro NC. 270 U.S. Postage 77 Pitney Bowes
zip 23219 02 4w $000.51°
0000379/84 Jun. 25, 2021)

(They original postage was sent to M.C.T.C.
Terrence Darrelle Henderson 1319615 110 Wright
Street ~~~~~~ Marion, V.A. ~~~~~ 24354)
(And then stamped over with this address.)
(Forward)→Haynesville Correctional Center)
~~~~~~ P.O. Box 129
5B-16-T  Haynesville, V.A.  22472)

~~~~~~ Instructions
~~~~~~~~~~~

   a Your complaint mus be type or neatly handwritten
     on the attached form. If handwritten, please use
     blue or black ink instead of pencil, If possible.

Plaintiff name Terrence Darrelle Henderson.
Civil Action No. _____ Assigned by Clerks Office

Zip.  | 23221

Terrence Darrelle Henderson .... March 23, 2023
The Legal Aid Justice Center, 626 E. Broad St.
# 200, Richmond, Virginia Collections before you
3221 | were released, please contact Maise Osteen At

22472 | P.O. Box 129 Haynesville Correctional Center Haynesville, VA. 22472
~~Winches~~

3328 | Chesapeake, VA. 23328    ~~Chan~~
Warden ms. Watson Saint Brides Correction Center P.O. Box 16482

4531 | 24531
Green Rock Correctional Center 475 Green Rock Ln, Chatham, VA.

4531 | 24531
Marion Correctional Treatment ~~Cent~~ Center 110 Wright St. Marion VA.

3867 | Jarrat, VA. 23867
Greenville Correctional Center 901 Corrections Way Greenville

3936 | 23936  434-983-4200
Phillip A. White Warden Dillwyn Correction Center P.O. Box 670 Dillwyn, VA.

3922. | Nottoway Correctional Center P.O. Box 488 Burkeville, VA. 23922

The Legal Aid Justice Center, 626 E. Broad St. # 200
Richmond, Virginia Collections before you were released, please
contact Maise Ostee

In The United States District Court   Civil Rights Act 42 U.S.C. S.1983 Bivens v. Six Unknown Named Agents Of Fed. Bureau Of Narcotics. 403 U.S.C. S.388 (1971)   Civil Action No. _____

Assigned by Clerks Office

Plaintiff name Terrence Darrelle Henderson   March 23, 2023.

Name the second page "Continued Named Defendants

Defendant Name & Address

| | | |
|---|---|---|
| 23328 | ① | Warden ms. Watson St. Brides Correctional Center P.O. Box 16482 Chesapeake, VA. 23328 |
| 22472 | ② | P.O. Box 129 Haynesville Correctional Center Haynesville, VA. 22472 |
| 24531 | ③ | Green Rock Correctional Center 475 Green Rock Ln, Chatham, VA. 24531 |
| 23218-2454 | ④ | Secretary Of The Commonwealth P.O. Box 2454 Richmond VA. 23218-2454 |
| 210 540-Suite -4186 | ⑤ | Fed. Bureau Of Narcoties Agents Court Clerk, United States District Court 210 Franklin Road, SW, Suite 540 |
| 757-385 0001 | ⑥ | Tina E. Sinnen Clerk @ Circuit Court City Of Virginia Beach 2425 Nimmo Parkway Bldg. 10 3rd Floor Virginia Beach, VA 23456 |
| 23269- | ⑦ | Virginia Department of Motor Vehicles P.O. Box 27412, Richmond, VA. 23269-0001 |
| 20515-4603 | ⑧ | Washington. 1201 Longworth 20515-4603 House Office Building Congress of the United States. house of Representatives Washington, DC. |
| 757 -380-1000 | ⑨ | Washington Avenue Suite 1010 Newport News, VA. 23607-4333 Rober Co Bobby Scott Member of Congress District Office: 2600 |
| 23040 | ⑩ | 357 Cumberland, VA. 23040 Office 804-492-3570 Magistrate-Buckingham & Cumberland Counties Chrisopher Salerno P.O. Box |
| 23510 | ⑪ | Tele: 757-351-3437 Fax: 757-512-7694 E-mail: paralegal@rppglaw.com Asha S. Pundya, Esquire 125 St. Paul's Blvd., Suite 110 Norfolk, VA. 23510 |
| www.vadoc .virginia. gov | ⑫ | sexual abuse, and / or harassment by calling 1-855-602-7001 or The general public including probationers can report incidents of |
| 24019 | ⑬ | Western Regional Office 5427 Peters Creek Road Roanoke, Virginia 24019 |
| 24019 | ⑭ | Central Regional Office 5427 Peters Creek Road Virginia 24019 |
| 24019 | ⑮ | Eastern Regional Office 5427 Peters Creek Road Virginia 24019 |
| 23221 | ⑯ | the Legal Aid Justice Center, 626 E. Broad St. #200, Richmond, Virginia Collections before you were released, please contact Maise Osteen at |
| 23922 | ⑰ | Nottoway Correctional Center P.O. Box 488 Burkeville, VA, 23922 |
| $000.51° 0000379184 Jun. 25, 2021 | ⑱ | Commonwealth Greensbro NC. 270 U.S. Postage Pitney Bowes Zip 23219 02 4W I notice a discovery on my postage letter. from the Secretary of the |
| 23218-2454 | ⑲ | The Legal Aid Justice Center, 626 E. Broad St. #200 Richmond Virginia Of The Commonwealth Post Box 2454 Richmond, Virginia 23218-2425 |
| Terrence Darrelle Hender son | ⑳ | Plaintiff name Terrence Darrelle Henderson Civil Action No. The Secretary Virginia Beach Commonwealth of Virginia Plaintiff Murder v. TerrenceDarrelle |
| | ㉑ | Commonwealth Of Virginia In The Circuit Court of the City of Hender Commonwealth of Virginia vs. Terrence Darrelle Henderson |
| | ㉒ | 25, 2013 Judge: Padriek In The Circuit Court Of The City Of Virginia Beach Hearing Date: September Trial Order Attorney For The Commonwealth: W. Alexander/T. Anderson Attorney Defendant Case No. CR12-2282 Indictment For: Murder Criminal Jury For The Defendant: T. Westendorf, Court Reporter: Fiduciary Reportings, Inc. The Defendant was Present And Represented By Counsel. The Defendant Plead Not Guilty |

Commonwealth of Virginia

In The Circuit Court of the City of Virginia Beach

(A Jury Was Selected According To Law. The Jurors
Constituting The Jury For Trial Of The Defendant
Were Sworn. The Commonwealth ~~presented~~ Presented
Partial Evidence. The Court Adjourned For The Day
And Continued Further Proceedings To September
26, 2013. Date: 10-1-2013 Entered: Padrick Radire Judge
Defendant Identification: SSN: 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 DOB: 02-
14-1983 Initials Of Clerk: NH)(Commonwealth Of Virginia
Beach) Commonwealth of Virginia, Plaintiff v. Murder
Terrence Darrelle Henderson Race:Black Sex: Male DOB:
02-14-1983 Hgt: 601 WGT: 170 Eyes: Brown Hair:
Black SSN: 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 Defendant (The Grand Jury
Indictment) The Grand Juros of the Commonwealth
of Virginia and of the City of Virginia ~~████~~ Beach,
attending the Court aforesaid, upon their oaths present
~~████~~ that, in the City of Virginia Beach, Terrence
Darrelle Henderson 1. Murder (MUR-0935-F9)
(Direct Indictment) On or about Friday, June 1, 2012,
did Kill and murder Leon L. Hymoms II in violation
of §§ 18.2-32; 18.2-10 of the Code of Virginia (1950)
as amended.
Grand Jury Witness: Joseph Raymond Pickett Janine
M. Hall                                       A True Bill
Code-For-or Virginia Beach Police Department (VBPD -) Not A True Bill
rule indictment (Investigative Division-Homicide)          Charlis Elward
( Grand Jury Date: June 18, 2012)          Foreman of the Grand Jury

Legal Mail Court United States Roanoke, VA.
Suite 540 Roanoke, Clerk Court 24011-2208

Terrence Darrelle Henderson # 1319615 March 23, 2023

Civil Rights Act, Bureau (1971)
Fed. Bureau Of Narcotics Agents Court
Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA, 24011-2208
Under Filing Complaint Bivens v.
Six Unknown Named Agents Of Fed.

Signature: mr. Terrence Darrelle Henderson
State: 1319615
S.S.: 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
DOB: 2-14-1983

Terrence Darrelle Henderson   March 23, 2023

Attorney - Client Privilege Compared; Waiver Unlike the Attorney - Client privilege, which belongs only to the Client or the Attorney. While a showing of need may justify discovery of an Attorney's work product, the Attorney - Client privilege cannot be over come by such a showing. Work product immunity. But since the primary process, and not to protect a Clients confidences, disclosure to a third parity does not automatically waive the privilege. Thus, at least in the case of inavertent waiver, the broad subject matter waiver concept of the Attorney - Client privilege, requiring the whole-sale production of all related privileged material where there has been any waiver at all, is inapplicable in the work product context.